1  COLLINSON LAW
   A Professional Corporation
2  Lisa D. Collinson, State Bar No. 175872
      E-mail: lisa@collinsonlaw.net
3  Tina D. Varjian, State Bar No. 199598
      E-mail: tina@collinsonlaw.net
4  1600 Rosecrans Avenue, Fourth Floor
   Manhattan Beach, California 90266
5  Telephone: (310) 321-7670
   Facsimile: (310) 321-7671
6
7  Attorney for Defendant, YUM YUM DONUT SHOPS, INC.
   (erroneously sued and served herein as
8  "CELESTE MELGOZ MONSE dba YUM YUM DONUTS")
9
10                  UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| 12  ANTHONY LERMA, | CASE NO. ADR CV 10-01911 |
| 13         Plaintiff, | |
| 14     v. | District Judge: Hon. Lucy H. Koh<br>Courtroom 4, 5th Floor |
| 15  SOONG CHIN, SANDRA CHIN;<br>LEE'S SANDWICHES NCA, INC. dba | |
| 16  LEE'S SANDWICHES; CELESE<br>MELGOZA MONSE dba YUM YUM | STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE JOINT |
| 17  DONUTS, BEST AMERICA<br>SERVICES, INC. dba BASKIN | INSPECTION OF PREMISES OF<br>AUGUST 12, 2010 FOR THIRTY |
| 18  ROBBINS, | (30) DAYS PURSUANT TO LOCAL |
| 19         Defendants. | RULE 6-2 and 7-12;<br>DECLARATION OF TINA D. |
| 20 | VARJIAN, ESQ. |

21                                         Action Filed: May 4, 2010
22     IT IS HEREBY STIPULATED by and between Plaintiff, ANTHONY
23  LERMA and his counsel of record, and Defendant, YUM YUM DONUT SHOPS,
24  INC. (erroneously sued and served herein as "CELESTE MELGOZ MONSE dba
25  YUM YUM DONUTS") and its counsel of record as follows:
26  1.   WHEREAS, Lisa D. Collinson, Esq., counsel for Defendant, YUM YUM
27  DONUT SHOPS, INC. is out of the office on a pre-paid European vacation from
28  August 6, 2010 through August 22, 2010;

                                     1

1  2.    WHEREAS, Tina D. Varjian, Esq., counsel for Defendant, YUM YUM
2  DONUT SHOPS, INC. is out on vacation from August 12 through August 17;
3  3.    WHEREAS the Scheduling Order provides the last day for the parties and
4  their counsel to hold the joint inspection of the subject premises, with or without
5  meeting and conferring regarding settlement, is August 12, 2010.
6  4.    WHEREAS, under the circumstances set forth above, the parties hereby
7  agree to extend the joint inspection of the premises date thirty (30) days to and
8  including September 13, 2010.
9  5.    WHEREAS, all other related dates, pursuant to General Order 56, will be
10 continued in accordance with the joint inspection of premises date of September
11 13, 2010.
12 DATED: August 6, 2010              COLLINSON LAW
                                     A Professional Corporation

15                                   By: _____
                                     Lisa D. Collinson, Esq.
                                     Tina D. Varjian, Esq.
17                                   Attorney for Defendant, YUM YUM DONUT
                                     SHOPS, INC.

19 DATED: August 6, 2010              MOORE LAW FIRM, P.C.

21                                   By:  *Tanya Moore*
                                     K. Randolph Moore, Esq.
22                                   Tanya Moore, Esq.
23                                   Attorney for Plaintiff, ANTHONY LERMA

25        PURSUANT TO STIPULATION, IT IS SO ORDERD.

26 DATED: August  11 , 2010           *Lucy H. Koh*
27                                    United States District Court Judge
28                                    ~~Magistrate~~ Lucy H. Koh

2