UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANTHONY LERMA, | ) | Case No.: 10-CV-01911-LHK |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO |
| v. | ) | FILE STIPULATION OF DISMISSAL |
| | ) | OR JOINT STATUS REPORT BY |
| SOONG CHIN, ET AL., | ) | FRIDAY, AUGUST 26, 2011 AT 3PM |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

On August 18, 2011, the parties' Mediator Daniel Bowling filed a Certificate of Mediation, informing the Court that the case has fully settled and that the ADR process is complete. *See* Dkt. No. 22. Accordingly, by Friday, August 26, 2011 at 3:00 p.m., the parties shall file either: (1) a stipulation of dismissal; or (2) a joint status report, informing the Court of the deadline by which they file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge